CLOSED,Transferred_Out_District

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:25−mc−00822

Oliver et al v. EIGHT KHZ, LLC **Do not docket in this case. Case transferred to Magistrate Judge Derek T. Gilliand of the Waco Division of the U.S. District Court for the Western District of Texas.**
Assigned to: Judge Keith P Ellison
Case in other court:  Eight KHZ, LLC v. Meta Platforms, Inc. et al, 6:22−cv−00575
Cause: No cause code entered

Date Filed: 05/02/2025
Date Terminated: 07/09/2025

**Petitioner**

**Erik Oliver**  represented by  **Gabrielle LaHatte**
Latham & Watkins LLP
505 Montgomery St.
Suite 2000
San Francisco, CA 94111
415−391−0600
Fax: 415−395−8095
Email: gabrielle.lahatte@lw.com
*ATTORNEY TO BE NOTICED*

**Heather Nicole Haynes**
Latham & Watkins LLP
300 Colorado St.
Suite 2400
Austin, TX 78701
737−910−7300
Fax: 737−910−7301
Email: heather.haynes@lw.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Gerard Homrig**
Latham & Watkins LLP
300 Colorado St.
Suite 2400
Austin, TX 78701
737−910−7300
Email: jeff.homrig@lw.com
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Richardson Oliver Law Group LLP**  represented by  **Gabrielle LaHatte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Nicole Haynes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Gerard Homrig**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

| | | |
|---|---|---|
| **Eight KHZ, LLC** | represented by | **Erick Scott Robinson**<br>Brown Rudnick LLP<br>811 Main Street<br>Ste 1825<br>Houston, TX 77002<br>281–849–3680<br>Email: erobinson@brownrudnick.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jayme Partridge**<br>Brown Rudnick LLP<br>811 Main Street<br>Suite 1825<br>Houston, TX 77002<br>281–849–4790<br>Email: jpartridge@brownrudnick.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jayne C Piana**<br>Brown Rudnick LLP<br>811 Main Street<br>Suite 1825<br>Houston, TX 77002<br>281–849–4778<br>Email: jpiana@brownrudnick.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2025 | Ï 1 | Petitioners' Motion to Quash Subpoenas and/or for Protective Order/Other Miscellaneous Relief ( Filing fee $ 52 receipt number ATXSDC−33357983.) filed by Erik Oliver, Richardson Oliver Law Group LLP. (Attachments: # 1 Certificate of Conference, # 2 Declaration of Heather Haynes, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Declaration of Erik Oliver, # 15 Proposed Order, # 16 Civil Cover Sheet) (Homrig, Jeffrey) (Entered: 05/02/2025) |
| 05/02/2025 | Ï 2 | NOTICE of Appearance by Heather Haynes on behalf of Erik Oliver, Richardson Oliver Law Group LLP, filed. (Haynes, Heather) (Entered: 05/02/2025) |
| 05/06/2025 | Ï 3 | MOTION to Appear Pro Hac Vice for Gabrielle LaHatte (Fee Paid: $100, receipt number ATXSDC−33376267) by Erik Oliver, Richardson Oliver Law Group LLP, filed. Motion Docket Date 5/27/2025. (LaHatte, Gabrielle) (Entered: 05/06/2025) |
| 05/08/2025 | Ï 4 | ORDER granting 3 Motion for Gabrielle LaHatte to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by |

| | | |
|---|---|---|
| | | Judge Keith P Ellison) Parties notified. (glc4) (Entered: 05/09/2025) |
| 05/12/2025 | [5](#) | NOTICE of Appearance by Erick S. Robinson on behalf of Eight KHZ, LLC, filed. (Robinson, Erick) (Entered: 05/12/2025) |
| 05/12/2025 | [6](#) | NOTICE of Appearance by Jayme Partridge on behalf of Eight KHZ, LLC, filed. (Partridge, Jayme) (Entered: 05/12/2025) |
| 05/12/2025 | [7](#) | NOTICE of Appearance by Jayne C. Piana on behalf of Eight KHZ, LLC, filed. (Piana, Jayne) (Entered: 05/12/2025) |
| 05/23/2025 | [8](#) | SEALED RESPONSE *in Opposition to Motion to Quash Subpoenas and/or for Protective Order* by Eight KHZ, LLC, filed. (Attachments: # [1](#) Declaration of Erick S. Robinson, # [2](#) Exhibit 1 to Robinson Decl., # [3](#) Exhibit 2 to Robinson Decl., # [4](#) Exhibit 3 to Robinson Decl., # [5](#) Proposed Order) (Piana, Jayne) (Entered: 05/23/2025) |
| 05/30/2025 | [9](#) | MOTION to Seal Petitioners' Reply in Support of their Motion to Quash Subpoenas and/or for Protective Order and Accompanying Exhibits A, E, F, and G by Erik Oliver, Richardson Oliver Law Group LLP, filed. Motion Docket Date 6/20/2025. (Attachments: # [1](#) Proposed Order) (Homrig, Jeffrey) (Entered: 05/30/2025) |
| 05/30/2025 | [10](#) | SEALED REPLY *in Support of Petitioners' Motion to Quash Subpoenas and/or for Protective Order* re: [1](#) Other Miscellaneous Relief,, by Erik Oliver, Richardson Oliver Law Group LLP, filed. (Attachments: # [1](#) Declaration of Gabrielle A. LaHatte in Support of Petitioners' Reply In Support of their Motion to Quash Subpoenas and/or for a Protective Order, # [2](#) A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E, # [7](#) Exhibit F, # [8](#) Exhibit G) (Homrig, Jeffrey) (Entered: 05/30/2025) |
| 06/11/2025 | [11](#) | NOTICE of Setting as to [1](#) Other Miscellaneous Relief,,. Parties notified. Motion Hearing set for 6/16/2025 at 02:00 PM in by telephone before Judge Keith P Ellison, filed. (aar4) (Entered: 06/11/2025) |
| 06/16/2025 | [](#) | Minute Entry for proceedings held before Judge Keith P Ellison. MOTION HEARING held on 6/16/2025 on Plaintiffs Motion to Quash (ECF 1) For the reasons stated on the record., the Court advised that it would be best for the issuing Court in W.D. Tex to hear this issue. The Court advised that it would soon issue an order either (1) denying the motion as moot, with a direction to file the motion in the underlying case or (2) transfer the case directly to the issuing court. Appearances: Gabrielle LaHatte, Jayme Partridge, John Spisak (Reporter: N. Drake) (Law clerk: T. Djukanovic)., filed. (aar4) (Entered: 06/26/2025) |
| 07/09/2025 | [12](#) | ORDER TRANSFERRING PETITIONERS' MOTION TO QUASH SUBPOENAS AND/OR FOR PROTECTIVE ORDER (Signed by Judge Keith P Ellison) Parties notified. (jm4) (Entered: 07/09/2025) |
| 07/09/2025 | [](#) | Interdistrict transfer to Magistrate Judge Derek T. Gilliand of the Waco Division of the U.S. District Court for the Western District of Texas. Case transferred electronically. Case terminated on July 9, 2025., filed. (jm4) (Entered: 07/09/2025) |