# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **ERIK OLIVER, RICHARDSON OLIVER LAW GROUP LLP** § § § § § § | |
| vs. | NO:   WA:25-MC-00289-DTG |
| **EIGHT KHZ, LLC**<br>*Defendant* | |

## ORDER SETTING MOTIONS HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MOTIONS HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, August 20, 2025 at 03:00 PM (1 hour time block). The Court will hear argument on the following: ECF 1 - Petitioners' Motion To Quash Subpoenas And/Or For Protective Order.

**IT IS SO ORDERED** this **7th day of August, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE