## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **ERIK OLIVER AND THE RICHARDSON OLIVER LAW GROUP LLP,** | |
| Petitioners, | Civil Action No. 6:25-cv-00289-DTG |
| v. | |
| **EIGHT KHZ, LLC** | |
| Respondent. | |

### ORDER GRANTING PETITIONERS' MOTION TO QUASH SUBPOENAS

On August 20, 2025, came on for consideration Petitioners' Motion to Quash Subpoenas and/or for Protective Order (Dkt. No. 1) (the "Motion to Quash"). The Court has considered the Motion to Quash and is of the opinion that it should be granted. *See* Dkt. No. 19.

It is **ORDERED** that the Motion to Quash the subpoenas served by Respondent on Erik Oliver and The Richardson Oliver Law Group LLP is hereby **GRANTED.**

The clerk of the Court is **INSTRUCTED** to close this case.

**SIGNED** this 2nd day of September, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE